**Order entered June 6, 2022**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00911-CV

**ROGELIO SANTANDER SR. AND JULIA GARCIA, INDIVIDUALLY AND AS CO-ADMINISTRATORS OF THE ESTATE OF ROGELIO SANTANDER JR., AND CRYSTAL ALMEIDA, Appellants**

**V.**

**CHAD SEWARD, HOME DEPOT U.S.A., INC., AND POINT 2 POINT GLOBAL SECURITY, INC., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07132**

### ORDER

Before the Court is appellees Chad Seward and Point 2 Point Global Security, Inc.'s June 3, 2022 third unopposed motion to extend time to file their brief. They seek an extension to June 20, 2022.

We **GRANT** the motion and **ORDER** Seward and Point 2 Point's brief be filed no later than June 20, 2022. Appellants' reply brief shall be filed no later than July 11, 2022. *See* TEX. R. APP. P. 38.6(c).

/s/    KEN MOLBERG
        JUSTICE